

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

April 19, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   Redetermination Pursuant to Court Remand Order in *Borusan Mannesmann Boru Sanayi Ve Ticaret A.S. v. United States*, Court No. 20-00015

Dear Mr. Toscano:

    Pursuant to the Court's order of February 17, 2021, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The remand redetermination is a public document.

    In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 482-4044.

                                                      Respectfully submitted,

                                                      /s Rachel A. Bogdan
                                                      Rachel A. Bogdan
                                                      Attorney
                                                      Office of the Chief Counsel
                                                         for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
April 19, 2021
Page 2

cc:

Donald Bertrand Cameron
Morris, Manning & Martin LLP
1401 Eye Street, NW
Washington, DC 20005
(202) 216-4811
dcameron@mmmlaw.com

Roger Brian Schagrin
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
(202) 223- 1700
rschagrin@schagrinassociates.com

Alan Hayden Price
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-3375
aprice@wiley.law

Robert Ralph Kiepura
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
(202) 305-4436
robert.kiepura@usdoj.gov