THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

|  |  |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and, <br><br> WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC., <br><br> Defendant-Intervenors. | Court No. 20-00015 |

**PLAINTIFFS BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC.'S COMMENTS ON THE U.S. DEPARTMENT OF COMMERCE'S FINAL RESULTS OF REDETERMINATION PURSUANT TO THE COURT'S ORDER**

Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Edward J. Thomas III
Jordan L. Fleischer

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

May 19, 2021

*Counsel to Plaintiffs Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. and Borusan Mannesmann Pipe U.S. Inc.*

**TABLE OF CONTENTS**

I. ARGUMENT ........................................................................................................................ 2
II. CONCLUSION .................................................................................................................... 3

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. v. United States*,
    494 F. Supp. 3d 1365 (Ct. Int'l Trade 2021) ...............................................................2

THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

|  |  |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> And, <br><br> WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC., <br><br> Defendant-Intervenors. | Court No. 20-00015 |

**PLAINTIFFS BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC.'S COMMENTS ON THE U.S. DEPARTMENT OF COMMERCE'S FINAL RESULTS OF REDETERMINATION PURSUANT TO THE COURT'S ORDER**

On behalf of Plaintiffs Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. ("BMB") and Borusan Mannesmann Pipe U.S. Inc. ("BMP"), we hereby submit comments on the U.S. Department of Commerce's ("Commerce") April 19, 2021 Final Results of Redetermination Pursuant to Court Remand, *Borusan Mannesmann Boru Sanayi Ve Ticaret A.Ş. and Borusan Mannesmann Pipe U.S. Inc. v. United States*, 494 F. Supp. 3d 1365 (Ct. Int'l Trade 2021) Ct. No. 20-00015, ECF No. 52 ("*Final Remand Results*") (Remand PR Doc. 5).[1]

---

[1] Citations to the remand administrative record shall be to the public or confidential record number ("Remand PR Doc." or "Remand CR Doc.") followed by the page or exhibit number.

1

## I.    ARGUMENT

Commerce has correctly complied with the Court's instructions to 1) "eliminate any adjustment to {cost of production} based on a {particular market situation} in the sales-below cost test," and 2) "to weigh, in an evenhanded manner, the evidence of record applicable to reduction of {constructed export price} by Section 232 duties paid." *Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. v. United States*, 494 F. Supp. 3d 1365, 1377 (Ct. Int'l Trade 2021). In its *Final Remand Results*, Commerce removed the particular market situation ("PMS") adjustment to BMB's cost of production for purposes of the sales-below-cost test and also determined that section 232 duties should not be deducted from CEP inventory sales after re-examining record evidence. Remand PR Doc. 5 at 2 and 6-7. As Commerce has complied with this Court's order, Borusan thus respectfully requests that this Court sustain the *Final Remand Results* and issue a final judgment in this action.

**II.     CONCLUSION**

Based on the foregoing, Plaintiffs respectfully request that this Court sustain the *Final Remand Results* and issue a final judgment accordingly.

Respectfully submitted,

/s/ Julie C. Mendoza
Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Edward J. Thomas III
Jordan L. Fleischer

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Plaintiffs Borusan Mannesmann Boru Sanayi ve Ticaret A.S. and Borusan Mannesmann Pipe U.S. Inc.*

3

12917228–1

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing brief complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 316 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

**/s/ Julie C. Mendoza**

12760545 v1