Slip Op. 21-75

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC.,** | Before: Jane A. Restani, Judge |
| Plaintiffs, | Court No. 20-00015 |
| v. | |
| **UNITED STATES,** | |
| Defendant, | |
| and, | |
| **WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC.,** | |
| Defendant-Intervenors. | |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand in <u>Borusan Mannesmann Boru Sanayi Ve Ticaret A.S. v. United States</u>, Court No. 20-00015, ECF No. 51 (Apr. 19, 2021) ("Remand Results"), which the United States Department of Commerce, filed in response to the court's Order (Feb. 17, 2021), ECF No. 49. Having received no objections to the Order of Remand and the Remand Results it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the Remand Results are **SUSTAINED** and it is further

**ORDERED** that the entries at issue in this litigation shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e) and in accordance with the statutory injunction heretofore entered.

      /s/Jane A. Restani  
Jane A. Restani, Judge

Dated: June 16, 2021  
New York, New York