## THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>And,<br><br>WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC.,<br><br>Defendant-Intervenors. | Court No. 20-00015 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. ("BMB") and Borusan Mannesmann Pipe U.S. Inc. ("BMP") in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the decision entered in this action on February 17, 2021, *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States*, No. 20-00015, Slip. Op. 21-18 (Ct. Int'l Trade Feb. 17, 2021), ECF No. 49, and the judgment entered in this action on June 16, 2021, ECF No. 55.

        Respectfully submitted,

        /s/ Julie C. Mendoza
        Julie C. Mendoza
        Donald B. Cameron
        R. Will Planert
        Brady W. Mills
        Mary S. Hodgins
        Edward J. Thomas III
        Jordan L. Fleischer

        **MORRIS, MANNING & MARTIN LLP**
        1401 Eye Street, N.W., Suite 600
        Washington, D.C. 20005
        (202) 408-5153

        *Counsel to Plaintiffs Borusan Mannesmann Boru Sanayi ve Ticaret A.S. and Borusan Mannesmann Pipe U.S. Inc.*

Dated:  June 21, 2021

12917228–1