## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant,<br>and<br><br>WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC.,<br><br>　　　　　Defendant-Intervenors. | Court No. 20-00015 |

## **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the Court's final judgment in this case. *See* Judgment, June 16, 2021, ECF No. 55.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　JEANNE E. DAVIDSON
　　　　　　　　　　　　　　　　　　　Director

　　　　　　　　　　　　　　　　　　　/s/ Frankling E. White, Jr.
　　　　　　　　　　　　　　　　　　　FRANKLIN E. WHITE, JR.
　　　　　　　　　　　　　　　　　　　Assistant Director

| | |
|---|---|
| OF COUNSEL:<br>RACHEL BOGDAN<br>Staff Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | /s/ Robert R. Kiepura<br>ROBERT R. KIEPURA<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-4436<br>Fax: (202) 353-0461<br>Email: Robert.Kiepura@usdoj.gov |
| August 13, 2021 | *Attorneys for Defendant United States* |